Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of August 1, 2004 Morgan Stanley ABS Capital I Inc. Trust 2004-HE7 Mortgage Pass-Through Certificates, Series 2004-HE7
09-77972

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 08-20667-lbr |
|---|---|
| | Chapter 13 |
| IN RE: | Date:    March 31, 2010 |
| | Time:  10:00  a.m. |
| Aaron J. Finney Debtor. | |

## SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Secured Creditor Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of August 1, 2004 Morgan Stanley ABS Capital I Inc. Trust 2004-HE7 Mortgage Pass-Through Certificates, Series 2004-HE7, its assignees and/or successors in interest, secured by subject property generally described as 1713 Goodrich Cir., Las Vegas, NV 89108,

1   files this Supplement to Motion for Relief from Automatic Stay to include the breakdown of arrearages

2   due on this loan:

3
            2 Monthly Payments at $808.53      $1,617.06
4           (February 1, 2010 - March 1, 2010)
5           Motion for Relief Filing Fee        $150.00
6           Attorneys Fees                      $750.00
            Total                             $2,517.06
7

8       WHEREFORE, Secured Creditor asks that the Court grants its motion for relief from the

9   automatic stay thereby protecting the Secured Creditor's interest.

10      DATED this 24th day of March , 2010.

11
                                    WILDE & ASSOCIATES
12
                          By:_____
13                           GREGORY L. WILDE, ESQ.
                             Attorney for Secured Creditor
14                           212 South Jones Boulevard
                             Las Vegas, Nevada 89107
15

16

17

18

19

20

21

22

23

24

25

26

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Electronically Filed on _____

Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of August 1, 2004 Morgan Stanley ABS Capital I Inc. Trust 2004-HE7 Mortgage Pass-Through Certificates, Series 2004-HE7
09-77972

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re:<br><br>IN RE:<br><br><br>        Aaron J. Finney<br>        Debtor. | Bk Case No.: 08-20667-lbr<br><br>Chapter 13<br><br>Date:   March 31, 2010<br>Time:  10:00 a.m. |
|---|---|

## CERTIFICATE OF SERVICE OF SUPPLEMENTAL MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On March 24, 2010 I served the following documents(s):

   SUPPLEMENTAL MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   **a. ECF System**

David Krieger
dkrieger@hainesandkrieger.com
Attorney for Debtor

Rick A. Yarnall
ecfmail@lasvegas13.com
Trustee

**X  b. United States mail, postage fully prepaid:**

David Krieger
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtor

Wilshire Credit Corporation
Attn: Managing Agent
PO Box 1650
Portland, OR 97207-1650

Wilshire
Attn: Managing Agent
1776 SW Madison St
Portland, OR 97205
"Via Certified Mail"

Aaron J. Finney
P.O. Box 872011
Wasilla, AK 99687

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. N/A

□  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

□  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

□  **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 24th day of March, 2010.

By: _____